UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 13-4850
(1:13-cr-00005-JPJ-1)

---

**UNITED STATES OF AMERICA,**

    **Plaintiff – Appellee,**

v.

**DAVID HUGGARD,**

    **Defendant -- Appellant**

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S APPENDIX AND BRIEF

    Comes now Appellant, David Huggard, by and through his counsel, Dennis E. Jones, pursuant to Fed.R.App.P. 26(b) and Fourth Circuit Local Rule 31(c), and in support of the above-captioned motion states as follows:

    The Appendix and Brief for the Appellant is currently due to be filed with this Court on February 25, 2013. Counsel would represent to the Court that due his ongoing commitments in State and Federal Court matters he has not had sufficient time to complete the Appellate work required in this case.

    For the above reasons counsel for the Appellant would request an extension of time to and including March 31, 2014 for the filing of the opening Appendix and Brief of Appellant. No prejudice will result to the Client or Government in the granting of the extension of time.

Counsel for the Appellant has contacted counsel for Appellee, AUSA Zachary T. Lee, and has been informed that Mr. Lee has no objection to the Appellant's request for an extension of time.

Respectfully submitted,
DAVID HUGGARD
Appellant

/s/ *Dennis E. Jones, Esq.*
DENNIS E. JONES, ESQ
VA State Bar #: 14007
Counsel for the Appellant, David Huggard
Dennis E. Jones & Associates, P.C.
110 Abingdon Pl.
Abingdon, VA 24211
(276) 619-5005
FAX: (276) 619-5006
dejones@bvunet.net

## CERTIFICATE

This is to certify that the foregoing pleading was electronically filed on the 24th day of February, 2014 using the CM/ECF filing system and thus served upon the attorney for the United States, Assistant United States Attorney, Zachary T. Lee, U.S. Department of Justice, 180 W. Main Street, Suite B19, Abingdon, VA.

/s/ *Dennis E. Jones*
DENNIS E. JONES, ESQ.
Counsel for the Appellant,
 David Huggard